## Grace Rossman, Appellee, v. Alex Solway, Appellant.

### Gen. No. 44,623.

opinion filed March 16, 1949; released for publication April 11, 1949. Clausen, Hirsh & Miller, for appellant; Joseph D. Ryan, Louis G. Davidson, and Louis P. Miller, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.